UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

FERNANDO AVILA PEREZ
(CDCR # V-63964),

    Petitioner,

    v.

K. HOLLAND, Warden,

    Respondent.

No. 15-cv-4725 LB

**ORDER OF DISMISSAL**

[Re: ECF Nos. 1, 2, 3]

Fernando Avila Perez, currently incarcerated at Pelican Bay State Prison, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2004 conviction in Monterey County Superior Court for premeditated attempted murder and discharging a firearm into an occupied vehicle. Mr. Perez has consented to proceed before a magistrate judge. (ECF No. 6.)[1] The petition is not Mr. Perez's first federal habeas petition concerning that conviction. His first habeas petition was dismissed on March 8, 2010, as barred by the habeas statute of limitations. *See Perez v. Runnells*, No. C 08-3426 CW. In that earlier action, the district court denied a certificate of appealability in 2010, and the Ninth Circuit denied a certificate of appealability in 2010 and 2011.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

15-cv-4725 LB
ORDER

1   Mr. Perez has not obtained an order from the Ninth Circuit permitting the filing of a second or successive petition. This court will not entertain a new petition from Mr. Perez until he first obtains permission from the Ninth Circuit to file such a petition. This action is DISMISSED without prejudice to Mr. Perez filing a petition in this court after he obtains the necessary order from the Ninth Circuit.

If Mr. Perez wants to attempt to obtain the necessary order from the Ninth Circuit, he should file an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is enclosed with this order for his convenience.

Mr. Perez's "motion for inclusion, augmentation and correction of record" is DENIED as moot because this action is being dismissed. (ECF No. 2.)

Mr. Perez's *in forma pauperis* application is GRANTED. (ECF No. 3.)

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 30, 2015

_____
LAUREL BEELER
United States Magistrate Judge